FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Jun 29, 2026

SEAN F. McAVOY, CLERK

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>GIOVANNA SIERRA CARILLO,<br><br>Defendant. | No. 4:25-CR-06033-MKD-2<br><br>ORDER MODIFYING CONDITIONS OF RELEASE<br><br>**MOTION GRANTED**<br>**(ECF No. 159)** |

On June 18, 2026, the Court held a hearing to consider Defendant GIOVANNA SIERRA CARILLO's Motion to Modify Conditions of Release, **ECF No. 159**. Defendant appeared out of custody represented by court-appointed counsel Mitchell Crook. Assistant U.S. Attorney Jeremy Kelley represented the United States. U.S. Probation Officer Ashleigh Miller was also present.

Defendant consented to the proceedings being conducted by video with the Court presiding in Spokane, Defendant and her counsel appearing in Richland, and the Government appearing in Spokane.

At the hearing, Defendant, through counsel, requested to modify the conditions of her release set forth in the Order Denying the United States' Motion for Detention and Setting Pretrial Conditions of Release, ECF No. 53, to remove the condition of home detention and the restriction on her ability to access the internet (Special Conditions 8 and 10, respectively). ECF No. 159. The United

ORDER - 1

States opposed the motion and noted continued concerns regarding Defendant's risk of flight and danger to the community if the conditions are modified.

**IT IS ORDERED:**

1. Defendant's Motion to Modify Conditions of Release, **ECF No. 159**, is **GRANTED IN PART. Defendant's conditions of release set forth in ECF No. 53 shall be modified as follows:  Special Conditions Nos.  8 (regarding home detention) and 10 (regarding internet usage) set forth in ECF No. 53 shall be MODIFED as follows:**

    a. **Special Condition No. 8 (regarding home detention) is STRICKEN and replaced with the following:**

        i. **Curfew: Defendant shall be restricted to Defendant's residence every day from 9:00 p.m. to 4:00 a.m. except for medical emergencies.**

    b. **Special Condition No. 10 shall be modified to allow Defendant to access the internet for the purpose of her employment while she is at work and Defendant shall, subject to approval by U.S. Probation, be allowed to access the internet under supervision for the purpose of seeking employment.**

2. All other terms and conditions of pretrial release, including Special Condition No. 7 (regarding GPS Monitoring), set forth in ECF No. 53 shall remain in full force and effect.

**IT IS SO ORDERED.**

DATED June 29, 2026.



_____
JAMES A. GOEKE
UNITED STATES MAGISTRATE JUDGE

ORDER - 2